On appellant's petition for reconsideration filed June 26, reconsideration allowed; former opinion (188 Or App 228, 71 P3d 72) modified and adhered to as modified September 10, 2003

## STATE OF OREGON,
*Respondent,*

*v.*

## HENRY ROGER BASSINE,
*Appellant.*

99-1293; A114379

76 P3d 668

Susan Elizabeth Reese for petition.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

**PER CURIAM**

## PER CURIAM

Defendant petitions for reconsideration of our decision in *State v. Bassine*, 188 Or App 228, 71 P3d 72 (2003), contending that we committed errors of law and fact. We grant reconsideration and adhere to our previous opinion as modified.

Defendant first argues that we committed a factual error by stating that "S was removed from defendant's home in February 1998, after the other foster child told the police what she had seen and what S had disclosed to her." *Id.* at 230. Defendant argues that S was not removed from defendant's home because of anything that was disclosed by the other foster child or anything the other foster child had seen. We clarify our former opinion to eliminate any suggestion that defendant's removal was caused by the other foster child's report.

We amend that sentence to read that "S was removed from defendant's home in February 1998."

Defendant asserts other errors of fact and law. We deny defendant's petition for reconsideration of those issues without further discussion.

Reconsideration allowed; former opinion modified and adhered to as modified.